# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mark Johnson ,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                            3:10-cv-457

Edwin Westlake, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 25, 2011 Order.

                                              Signed: April 25, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court