IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV457

| | | |
|---|---|---|
| MARK JOHNSON d/b/a JQ SOLUTIONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EDWIN WESTLAKE and WESTEV WW | ) | |
| COMMODITIES LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon the *pro se* Plaintiff's motion to reconsider (Dkt. # 13) the court's Order of April 25, 2011 dismissing this case without prejudice for failure to timely serve the Defendants pursuant to Rule 4(m). Plaintiff requests that this court reconsider its dismissal and extend the time for service for good cause shown. Plaintiff has in fact shown good cause for the failure to timely serve and the court will therefore vacate its Order of dismissal (Dkt. # 11) and extend the time for service for an additional 60 days.

IT IS THEREFORE ORDERED that the Plaintiff's motion for reconsideration is hereby GRANTED and the court's Order of April 25, 2011 is hereby VACATED. Plaintiff shall have 60 days from the date of entry of this Order to serve the Defendants.

Signed: July 20, 2011

Graham C. Mullen
United States District Judge