# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mark Johnson ,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:10-cv-00457-GCM

Edwin Westlake,
Westev WW Commodities, LLC,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/5/2012 Order.

        Signed: October 5, 2012

Frank G. Johns, Clerk
United States District Court