# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mark Johnson ,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      3:10-cv-00457-GCM

Edwin Westlake,
Westev WW Commodities, LLC,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/5/2012 Order.

                                                Signed: October 5, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court